# United States Bankruptcy Court
## Northern District of Georgia

In re: DeBose, Delmar E.  
      Debtor(s)

Case No.  
Chapter 7

### STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

    I, Delmar E. DeBose hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I was unemployed;

☒ I am self-employed;

☐ My employer did not provide pay stubs.

☐ Other

Date  10 / 05 / 2021        Signature  *DeDB*  
                                                                    Debtor